**United States District Court**
For the Northern District of California

1

2

3

4

5

6                  IN THE UNITED STATES DISTRICT COURT

7

8                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

9    ASIS INTERNET SERVICES,

10              Plaintiff,                        No. C 07-05717 JSW

11        v.

12   ALL IN LLC,                                  **ORDER**

13              Defendant.

14   _____/

15        The Court has identified this action as one that appears suitable for reassignment to

16   Magistrate Judge Nandor J. Vadas, whose courtroom is located in Eureka, California, for all

17   future proceedings.  Such reassignment has the potential to result in greater convenience to the

18   parties and more expeditious disposition of the matter on the merits.

19        The parties are directed to meet and confer regarding reassignment and to file, on or

20   before December 28, 2007, a letter stating whether or not the parties request reassignment of

21   this matter to Magistrate Judge Vadas.  If the parties so request, the matter will be transferred.

22   The parties will thereafter file written consent to the jurisdiction of a magistrate judge in the

23   form requested by Magistrate Judge Vadas.

24        **IT IS SO ORDERED.**

25   Dated:  November 21, 2007

26                                               JEFFREY S. WHITE
                                                 UNITED STATES DISTRICT JUDGE

27

28