# SINGLETON LAW GROUP

Jason K. Singleton, Esq.
lawgroup@sbcglobal.net

Richard E. Grabowski, Esq.
rgrabowski@mckinleyville.net

611 "L" Street, Suite A
Eureka, California 95501

707-441-1177
707-441-1533 fax

December 28, 2007

The Honorable Jeffrey S. White
United States District Court
450 Golden Gate Avenue
Courtroom 2, 17th Floor
San Francisco, CA 94102

**RE:    ASIS INTERNET SERVICES vs ALL IN, LLC.**
         **USDC, Northern District No. C 07-5717 JSW**

Dear Judge White:

Plaintiff has been unable to consummate service on Defendant as the business address turned out to be a UPS Store and the agent address was invalid. Plaintiff is researching and if unable to locate a valid address will serve the Florida Secretary of State on behalf of ALL IN, LLC.

In reference to your Order dated November 21, 2007, in the above-titled action, please be advised Plaintiff CONSENTS TO PROCEED BEFORE A U.S. MAGISTRATE JUDGE.

Very truly yours,

**SINGLETON LAW GROUP**


 /s/ Jason K. Singleton
Jason K. Singleton, Attorneys for Plaintiff
ASIS INTERNET SERVICES