## 2007 LIMITED LIABILITY COMPANY ANNUAL REPORT

**FILED
May 25, 2007
Secretary of State**

DOCUMENT# L05000067195

**Entity Name:** ALL IN, LLC

**Current Principal Place of Business:**

1324 SEVEN SPRINGS BLVD
#178
NEW PORT RICHEY, FL  34655   US

**New Principal Place of Business:**

**Current Mailing Address:**

1324 SEVEN SPRINGS BLVD
#178
NEW PORT RICHEY, FL  34655   US

**New Mailing Address:**

FEI Number: 20-3899009      FEI Number Applied For ( )      FEI Number Not Applicable ( )      Certificate of Status Desired ( )
In accordance with s. 607.193(2)(b), F.S., the limited liability company did not receive the prior notice.

**Name and Address of Current Registered Agent:**

RHEA, NELS M
687 RICHMOND CLOSE
TARPON SPRINGS, FL  34688    US

**Name and Address of New Registered Agent:**

The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE: _____
                Electronic Signature of Registered Agent                                           Date

**MANAGING MEMBERS/MANAGERS:**

Title:        MGR       ( ) Delete
Name:       GROTH, SHANNON M
Address:    687 RICHMOND CLOSE
City-St-Zip: TARPON SPRINGS, FL  34688 US

**ADDITIONS/CHANGES:**

Title:                   ( ) Change  ( ) Addition
Name:
Address:
City-St-Zip:

I hereby certify that the information supplied with this filing does not qualify for the exemption stated in Chapter 119, Florida Statutes. I further certify that the information indicated on this report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 608, Florida Statutes.

SIGNATURE: SHANNON GROTH                                          MGR              05/25/2007
Electronic Signature of Signing Managing Member, Manager, or Authorized Representative / Date

UNITED STATES DISTRCT COURT
MIDDLE DISTRICT OF CALIFORNIA

CASE NO: CV07-5717

ASIS INTERNET SERVICES, INC.
    Plaintiff(s)
  vs.

ALL IN LLC, etc., et al

    Defendant(s)

### AFFIDAVIT OF DILIGENT ATTEMPTS ON ALL IN LLC D/B/A POWERCL1CKS2.COM

**An Alias Summons and Complaint with Exhibits was received on 1/4/2008 and service was attempted at 687 Richmond Close, Tarpon Springs, FL 34688. An unidentified female answered the door refused to give her name but stated she was a new owner and had nothing to do with this defendant corporation. Service was then attempted at 1324 Seven Springs Blvd., #178, New Port Richey, FL, 34655. This is a Private Mail Box (UPS Store). Shannon Groth maintains a box but does not reside at this address.**

**Research was done and it was determined that the current owner of 687 Richmond Close, Tarpon Springs, FL 34688 is Shannon M. and David R. Groth who claim homestead exemption. Subsequent attempts at this address have failed to make contact with any one at the property. Attempts have been made as late as 10:00 pm and as early as 7:00 a.m.**

FURTHER AFFIANT SAYETH NAUGHT

        /s/ _____
        L. Allen Bryant

Subscribed and Sworn to
before me on the 8th day of
February, 2008 by the affiant
who is personally known to me.

_____
NOTARY PUBLIC

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE |
| Name of SERVER: Joan Duncan | TITLE: Process Server |

Check one box below to indicate appropriate method of service

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☒ Returned unexecuted: No trespassing signs — Iron gate, Dog guarding property

☐ Other (specify): Nely M. Rhea
1258 County Road 136
Cedar Bluff AL 35959

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 1-11-08
Date

Signature of Server

400 Grand Ave SW
Ft Payne, AL 35967-1714
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

p.2