**Jason K. Singleton**, State Bar #166170
jason@singletonlawgroup.com
**Richard E. Grabowski**, State Bar #236207
rgrabowski@mckinleyville.net
**SINGLETON LAW GROUP**
**611 "L" Street, Suite A**
**Eureka, CA 95501**
**(707) 441-1177**
**FAX  441-1533**

Attorneys for Plaintiff, ASIS INTERNET SERVICES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASIS INTERNET SERVICES, a California corporation,<br><br>    Plaintiff,<br>vs.<br><br>ALL IN, LLC., dba POWER-CL1CKS2.COM, and DOES ONE through FIFTY, inclusive,<br><br>    Defendants. | Case No. CV-07-5717 JSW<br><br>PLAINTIFF'S STATUS REPORT AND ORDER THEREON |

Comes now Plaintiff, ASIS INTERNET SERVICES, and makes the following status report to the Court.

Plaintiff sent the within matter to Florida for service upon the Agent for Service of Defendant ALL IN, LLC on November 15, 2007, based on the information provided in the Florida Secretary of State 2007 Limited Liability Company Annual Report for 2007, a copy of which is attached hereto as Exhibit "A." The address for the business and the address of the Agent for service as listed in the Florida Secretary of State filings were invalid, one of which was a UPS Store Mailbox.

Plaintiff did further research and in early January resent the pleadings to Florida for service on a Managing Member listed with the Secretary of State, and to Alabama for service at an address discovered for the Agent for Service of ALL IN. Plaintiff was also able to obtain

photos of the managing member and the process service company was able to verify she owns the residence they are attempting to serve in Florida.

To date, the Florida service has been unable to serve the managing member and their statement of due diligence is attached hereto as Exhibit "B."

The process server in Alabama went to the given address for Nels M. Rhea, Agent for ALL IN, LLC, on 3 separate occasions, and has provided return of non-service because the premises is behind an iron gate, posted with No Trespassing signs, and guarded by roaming dogs. See Exhibit C attached hereto. Plaintiff is working with the process server to locate another location to make contact with the subject person.

Plaintiff respectfully requests the Court to grant Plaintiff an additional thirty (30) days to consummate service and continue the Case Management Conference for a period of sixty (60) days to April 18, 2008, to allow Defendant adequate time to respond.

Respectfully submitted,

**SINGLETON LAW GROUP**

Dated:    February 7, 2008    /s/ Jason K. Singleton
Jason K. Singleton
Richard E. Grabowski
Attorneys for Plaintiff, **ASIS INTERNET SERVICES**

### ORDER

After review and consideration of Plaintiff's Status Report, the Court grants Plaintiff an additional thirty (30) days to consummate service of process on Defendant. Plaintiff shall file any proofs of service by March 17, 2008. The Case Management Conference is continued to ~~March 18, 2008~~ April 4, 2008, at 1:30 p.m., in Courtroom 2, 17th Floor, with the parties Joint Case Management Report to be filed ~~April 11, 2008.~~ March 28, 2008

IT IS SO ORDERED.

Dated: February 11, 2008    /s/ Jeffrey S. White
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE