# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASIS INTERNET SERVICES, a California corporation<br><br>v.<br><br>ALL IN, LLC., dba POWER-CL1CKS2.COM, and DOES ONE through FIFTY, inclusive | **SUMMONS IN A CIVIL CASE**<br><br>CASE NUMBER:<br><br>CV 07 5717 JSW |

TO: (Name and address of defendant)

ALL IN, LLC, C/O NELS M. RHEA, AGENT FOR SERVICE
687 RICHMOND CLOSE
TARPON SPRINGS, FL 34688
ALL IN, LLC,
1324 SEVEN SPRINGS BLVD. #178
NEW PORT RICHEY, FL 34655

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

JASON K. SINGLETON
RICHARD E. GRABOWSKI
SINGLETON LAW GROUP
611 "L" STREET, SUITE "A"
EUREKA, CA 95501
(707) 441-1177

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

(BY) DEPUTY CLERK

NOV - 9 2007
DATE _____