```
 1  Jason K. Singleton, State Bar #166170
    jason@singletonlawgroup.com
 2  Richard E. Grabowski, State Bar #236207
    rgrabowski@mckinleyville.net
 3  SINGLETON LAW GROUP
    611 "L" Street, Suite A
 4  Eureka, CA 95501
    (707) 441-1177
 5  FAX  441-1533

 6  Attorneys for Plaintiff, ASIS INTERNET SERVICES

 7
                        UNITED STATES DISTRICT COURT
 8
                       NORTHERN DISTRICT OF CALIFORNIA
 9

10  ASIS INTERNET SERVICES, a California   )  Case No. CV-07-5717 JSW
    corporation,                           )
11                                         )
                                           )
12          Plaintiff,                     )  REQUEST TO ENTER DEFAULT
    vs.                                    )
13                                         )
    ALL IN, LLC., dba POWER-CL1CKS2.COM,   )
14  and DOES ONE through FIFTY, inclusive, )
                                           )
15                                         )
            Defendants.                    )
16

17  TO THE CLERK:

18      Please enter the default in the above-entitled complaint of the following named

19  defendant[1]: ALL IN, LLC, dba POWER-CL1CKS2.COM

20  Check all applicable boxes:

21      [X]   The defendant has not filed a motion or answer to the complaint.

22      [ ]   The defendant has filed a motion or answer to the complaint.

23      [X]   Enter default as to each named defendant[1]; a judgment by default and
              declaration in support thereof will be submitted.
24
        [ ]   Enter default only as to each named defendant[1].  There are multiple
25            defendants.  Judgment by default is to be included in the final judgment.

26

27  DATED: March 25, 2008              /s/ Jason K. Singleton
                                      Jason K. Singleton, Attorney for
28                                    Plaintiff ASIS INTERNET SERVICES
```

REQUEST TO ENTER DEFAULT                      1                           CV-07-5717 JSW

For Court use only:

[ ]  Default entered as requested on _____
  [ ]  Separate judgment by default to be submitted to judge for approval.

[ ]  Default not entered as requested for the reasons set forth on attached continuation page.

DATED: _____, Clerk

By:_____, Deputy Clerk

1. The word "plaintiff" includes cross-complainant, "defendant" includes cross-defendant, singular includes plural.

# PROOF OF SERVICE

I, Roberta Alliston , declare that I am a resident of the State of California, over the age of eighteen years, and not a party to the within action.  My business address is, Singleton Law Group, 611 "L" Street, Suite "A", Eureka, CA 95501.

On March 25, 2008, I served the following document:

**REQUEST TO ENTER DEFAULT and DECLARATION OF JASON K. SINGLETON IN SUPPORT OF REQUEST TO ENTER DEFAULT**

on the parties listed below as follows:

| | |
|---|---|
| SHANNON M. GROTH / NELS M. RHEA<br>ALL IN, LLC<br>687 Richmond Close<br>Tarpon Springs, FL 34688 | NELS M. RHEA / SHANNON M. GROTH<br>ALL IN, LLC<br>1324 Seven Springs Blvd. #178<br>New Port Richey, FL 34655 |
| ALL IN, LLC<br>c/o Florida Secretary of State<br>P. O. Box 6327<br>Tallahassee, FL 32314 | |

☑    **By first class mail** by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid and placing the envelope in the firm's daily mail processing center for mailing in the United States mail at Eureka, California.

☑    **(Federal)**    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 25, 2008, at Eureka, California.

                                         /s/ ROBERTA ALLISTON
                                        Roberta Alliston