**Jason K. Singleton**, State Bar #166170
jason@singletonlawgroup.com
**Richard E. Grabowski**, State Bar #236207
rgrabowski@mckinleyville.net
**SINGLETON LAW GROUP**
**611 "L" Street, Suite A**
**Eureka, CA 95501**
**(707) 441-1177**
**FAX  441-1533**

**Attorneys for Plaintiff, ASIS INTERNET SERVICES**

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASIS INTERNET SERVICES, a California corporation,<br><br>　　　Plaintiff,<br>vs.<br><br>ALL IN, LLC., dba POWER-CL1CKS2.COM, and DOES ONE through FIFTY, inclusive,<br><br>　　　Defendants. | Case No. CV-07-5717 JSW<br><br>**DECLARATION OF JASON K. SINGLETON IN SUPPORT OF REQUEST TO ENTER DEFAULT** |

I, JASON K. SINGLETON , declare as follows:

1.    I am an attorney duly licensed to practice in the United States District Court, Northern District of California, and I am one of the attorneys of record for Plaintiff.  I have personal and firsthand knowledge of each fact hereinafter set forth and if called to testify could and would competently testify to the matters set forth herein.

2.    The following procedures were followed in an effort to accomplish service of process on Defendant, ALL IN, LLC, a Florida Limited Liability Company.

3.    On November 21, 2007, Aallen Bryant & Associates, a Florida Process Service, received the Summons, Complaint and associated papers (service packet) for service on Nels M. Rhea, Agent for service of ALL IN, LLC and were given the business address of 1324 Seven Springs Blvd., #178, New Port Richey, Florida, and home address of said Mr. Rhea of 678 Richmond Close, Tarpon Springs, Florida for service locations as are listed on the 2007

1  Limited Liability Company Annual Report filed with the Florida Secretary of State on May 25,
2  2007, a copy of which is attached hereto as Exhibit "A."

3        4.     As set forth in the Verified Return of Service attached hereto as Exhibit "B," the
4  address given as the place of business for ALL IN, LLC in New Port Richey is a UPS Store
5  mailbox business and the Manager of said business was served on December 14, 2007.

6        5.     A female person who gave her name as "Shannon" resided at the residence
7  address in Tarpon Springs stated she was a new owner of the residence and informed the
8  process server she had no knowledge of ALL IN, LLC.

9        6.     On or about January 3, 2008, an additional service packet was sent to Aallen
10 Bryant & Associates with instructions to return to the home address in Tarpon Springs and
11 serve Shannon Groth who is listed on the Annual Report as the Managing Member of ALL IN,
12 LLC.  As set forth in Exhibit "C" attached hereto, Allen Bryant states in his Affidavit of Diligent
13 Attempts on ALL IN LLC, that research done by his firm shows Shannon M. Groth is the real
14 property owner with a claimed homestead at 687 Tarpon Springs, Florida.  On January 4,
15 2008, an attempt was made to serve this residence and was refused by an unidentified
16 female.

17       7.     On February 20, 2008, service packets were mailed by priority mail with
18 delivery confirmation and by certified, return receipt requested to Shannon M. Groth at 687
19 Richmond Close, Tarpon Springs, Florida, and by priority mail and certified, return receipt
20 requested to Nels M. Rhea at 1324 Seven Springs Blvd., #178, New Port Richey, Florida.
21 Attached hereto as Exhibit "D" are copies of the mailing receipts, USPS internet Track and
22 Confirm report for the delivery confirmation receipt, the return receipt for service on Nels M.
23 Rhea at the business address, and a copy of the returned mailing to Shannon Groth as
24 "Unclaimed."

25       8.     Through internet searching the undersigned was able to obtain the email
26 address, facsimile, and telephone numbers belonging to Shannon Groth, managing member
27 of ALL IN, LLC.  On February 25, 2008, the service packet was faxed to Ms. Groth, see
28 Exhibit "E" for a copy of the fax cover sheet and the Transmission Verification Report.

9. On February 27, 2008, the service packet was emailed to Ms. Groth, see Exhibit "F" for copies of the emails attaching all of the service documents sent. In addition, on February 28, 2008, the undersigned called the telephone number for Ms. Groth and left a message on the answering machine with details of the within action and requested that she contact me at her earliest convenience.

9. Plaintiff has faxed the service documents, emailed them, personally served the manager of the UPS Store which is the business address of ALL IN, LLC, mailed copies of the service packet to two ALL IN physical addresses, and left a phone message on Shannon Groth's, the managing member of ALL IN, LLC, telephone answering machine explaining the suit

10. Finally, Plaintiff has served the Florida Secretary of State on behalf of ALL IN, LLC, pursuant to Florida statute 48.181(1). This service was accepted on March 6, 2008. See Exhibit "G" for Florida Secretary of State acknowledgment letter, stamped summons and face page of complaint.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

**SINGLETON LAW GROUP**

Dated:     March 25, 2008         /s/ Jason K. Singleton
                                  Jason K. Singleton
                                  Richard E. Grabowski
                                  Attorneys for Plaintiff, **ASIS INTERNET SERVICES**