# 2007 LIMITED LIABILITY COMPANY ANNUAL REPORT
DOCUMENT# L05000067195

FILED
May 25, 2007
Secretary of State

Case 3:0F-cv-05717-JSW    Document 41-3    Filed 03/27/2008    Page 1 of 1

**Entity Name:** ALL IN, LLC

| | |
|---|---|
| **Current Principal Place of Business:** | **New Principal Place of Business:** |
| 1324 SEVEN SPRINGS BLVD<br>#178<br>NEW PORT RICHEY, FL  34655     US | |
| **Current Mailing Address:** | **New Mailing Address:** |
| 1324 SEVEN SPRINGS BLVD<br>#178<br>NEW PORT RICHEY, FL  34655     US | |

FEI Number: 20-3899009    FEI Number Applied For ( )    FEI Number Not Applicable ( )    Certificate of Status Desired ( )
In accordance with s. 607.193(2)(b), F.S., the limited liability company did not receive the prior notice.

| | |
|---|---|
| **Name and Address of Current Registered Agent:** | **Name and Address of New Registered Agent:** |
| RHEA, NELS M<br>687 RICHMOND CLOSE<br>TARPON SPRINGS, FL  34688     US | |

The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE: _____
            Electronic Signature of Registered Agent                                  Date

**MANAGING MEMBERS/MANAGERS:**                         **ADDITIONS/CHANGES:**

| | | | | |
|---|---|---|---|---|
| Title: | MGR     ( ) Delete | | Title: | ( ) Change  ( ) Addition |
| Name: | GROTH, SHANNON M | | Name: | |
| Address: | 687 RICHMOND CLOSE | | Address: | |
| City-St-Zip: | TARPON SPRINGS, FL  34688 US | | City-St-Zip: | |

I hereby certify that the information supplied with this filing does not qualify for the exemption stated in Chapter 119, Florida Statutes.  I further certify that the information indicated on this report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 608, Florida Statutes.

SIGNATURE:  SHANNON GROTH                                       MGR           05/25/2007
            Electronic Signature of Signing Managing Member, Manager, or Authorized Representative / Date