# VERIFIED RETURN OF SERVICE

| Court | County | Case # | Court Date & Time |
|---|---|---|---|
| NORTHERN DISTRICT OF CALIFORNI | US DISTRICT COURT | 07-5717 | 2/15/2008   1:30PM |

**Plaintiff:** ASIS INTERNET SERVICES

-v-

**Defendant:** ALL IN, LLC., DBA POWER-CL1CKS2.COM AND DOES ONE THROUGH 50

SINGLETON LAW GROUP
JASON K. SINGLETON
611 "L" STREET
SUITE A
EUREKA, CA 95501

**Process**
20 DAYS SUMMONS,COMPLAINT FOR DAMAGES ANF INJUNCTIVE RELIEF-VIOLATION OF CAN-SPAM ACT OF 2003, EXHIBIT A-F, ORDER SETTING MANAGEMENT CONFERENCE AND REQUIRING JOINT CASE MANAGEMENT CONFERENCE STATEMENT, ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES, NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE

**Served Upon**
ALL IN, LLC
1324 SEVEN SPRINGS BLVD.  #178  NEW PORT RICHEY, FL. 34655

Received this process on November 21, 2007 at 9:49AM and Served the same on
ALL IN, LLC
at 8:30AM on December 14, 2007, in NEW PORT RICHEY, PASCO County, FL

## PRIVATE MAIL BOX

48.031(6) IF THE ONLY ADDRESS FOR A PERSON TO BE SERVED, WHICH IS DISCOVERABLE THROUGH PUBLIC RECORDS, IS A PRIVATE MAIL BOX, SUBSTITUTE SERVICE MAY BE MADE BY LEAVING A COPY OF THE PROCESS WITH THE PERSON IN CHARGE OF THE PRIVATE MAIL BOX, BUT ONLY IF THE PROCESS SERVER DETERMINES THAT THE PERSON TO BE SERVED MAINTAINS A MAILBOX AT THE LOCATION.
48.081(b) IF THE ADDRESS PROVIDED FOR THE REGISTERED AGENT, OFFICER, DIRECTOR OR PRINCIPAL PLACE OF BUSINESS IS A PRIVATE MAIL BOX, SERVICE ON THE CORPORATION MAY BE MADE IN ACCORDANCE WITH 48.031.

By Serving: VALERIE GAUGHEN
As: MANAGER
For: UPS STORE

## Comments:

1ST ADDRESS: 678 RICHMOND CLOSE, TARPON SPRINGS, FL 34688. NEW OWNER FOR 2 YEARS (SHANNON) WOULD NOT GIVE HER LAST NAME.
SERVED AT 2ND ADDRESS: 1324 SEVEN SPRINGS BLVD., #178, NEW PORT RICHEY, FL 34655

---

Circuit Certified Or Appointed Process Server:

_(signature)_
WAYNE MARTIN
- County

12/2/2007

Tracker SQL v9.07
Affidavit2

I Acknowledge that I am authorized to serve process, in good standing in the jurisdiction wherein this process was served and I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing doucment and that the facts stated in it are true. F.S.92.525(2).

Our #:  156256
Client's #:  16787

AALLEN BRYANT & ASSOC
AALLEN BRYANT
P.O. BOX 3828
ORLANDO, FL. 32802-3828