UNITED STATES DISTRCT COURT
MIDDLE DISTRICT OF CALIFORNIA

CASE NO: CV07-5717

ASIS INTERNET SERVICES, INC.
    Plaintiff(s)
vs.

ALL IN LLC, etc., et al

    Defendant(s)

### AFFIDAVIT OF DILIGENT ATTEMPTS ON ALL IN LLC D/B/A POWERCL1CKS2.COM

An Alias Summons and Complaint with Exhibits was received on 1/4/2008 and service was attempted at 687 Richmond Close, Tarpon Springs, FL 34688. An unidentified female answered the door refused to give her name but stated she was a new owner and had nothing to do with this defendant corporation. Service was then attempted at 1324 Seven Springs Blvd., #178, New Port Richey, FL, 34655. This is a Private Mail Box (UPS Store). Shannon Groth maintains a box but does not reside at this address.

Research was done and it was determined that the current owner of 687 Richmond Close, Tarpon Springs, FL 34688 is Shannon M. and David R. Groth who claim homestead exemption. Subsequent attempts at this address have failed to make contact with any one at the property. Attempts have been made as late as 10:00 pm and as early as 7:00 a.m.

FURTHER AFFIANT SAYETH NAUGHT

_____
L. Allen Bryant

Subscribed and Sworn to
before me on the 8th day of
February, 2008 by the affiant
who is personally known to me.

_____
NOTARY PUBLIC

NOTARY PUBLIC - STATE OF FLORIDA
Pamela A. Kelley
Commission # DD617348
Expires: DEC. 06, 2010
BONDED THRU ATLANTIC BONDING CO., INC.