

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 4.60 |
| Certified Fee | 2.65 |
| Return Receipt Fee (Endorsement Required) | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fee | 9.40 |

Postmark Here — FEB 20 2008 — DOWNTOWN STATION EUREKA CA 95501

Sent To: **SHANNON M. GROTH, Manager**
**ALL IN, LLC**
Street, Apt. No.; or PO Box No. **687 Richmond Close**
City, State, ZIP+4 **Tarpon Springs, FL 34688**

7007 0710 0000 1758 9088

PS Form 3800, August 2006          See Reverse for Instructions



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 4.60 |
| Certified Fee | 2.65 |
| Return Receipt Fee (Endorsement Required) | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 9.40 |

Postmark Here — FEB 20 2008 — DOWNTOWN STATION EUREKA

Sent To: **NELS M RHEA, Agent for Service**
**ALL IN, LLC**
Street, Apt. No.; or PO Box No. **1324 Seven Springs Blvd. #178**
City, State, ZIP+4 **New Port Richey, FL 34655**

7007 0710 0000 1758 9095

PS Form 3800,          ...ctions



**U.S. Postal Service™ Delivery Confirmation™ Receipt**

Postage and Delivery Confirmation fees must be paid before mailing.

Article S **SHANNON M. GROTH, Manager**
**ALL IN, LLC**
Please Print **687 Richmond Close**
**Tarpon Springs, FL 34688**

Postmark Here — FEB 20 2008 — DOWNTOWN STATION EUREKA CA 95501

POSTAL CUSTOMER:
Keep this receipt. For inquiries:
Access internet web site at
www.usps.com®
or call 1-800-222-1811

CHECK ONE (POSTAL USE ONLY)
[X] Priority Mail™ Service
[ ] First-Class Mail® parcel
[ ] Package Services parcel
(See Reverse)

DELIVERY CONFIRMATION NUMBER: 0304 1560 0002 7321 6742

PS Form 152, May 2002

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**NELS M RHEA, Agent for Service
ALL IN, LLC
1324 Seven Springs Blvd. #178
New Port Richey, FL 34655**



*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X *Chelsea Mull*   ☐ Agent   ☐ Addressee

B. Received by ( *Printed Name* )   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☒ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*   ☐ Yes

2. Article Number
*(Transfer from service label)*   7007 0710 0000 1758 9095

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

---

USPS - Track & Confirm

**UNITED STATES POSTAL SERVICE®**

Home | Help | Sign In

| Track & Confirm | FAQs |

# Track & Confirm

## Search Results

Label/Receipt Number: 0304 1560 0007 7321 6742
Detailed Results:

- **Delivered, February 23, 2008, 12:42 pm, TARPON SPRINGS, FL 34688**
- **Arrival at Unit, February 23, 2008, 6:07 am, TARPON SPRINGS, FL 34689**
- **Processed, February 23, 2008, 2:29 am, TAMPA, FL 33605**
- **Acceptance, February 20, 2008, 12:45 pm, EUREKA, CA 95501**

( < Back )     ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

( Go > )

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.   ( Go > )

Site Map | Contact Us | Forms | Gov't Services | Jobs | Privacy Policy | Terms of Use | National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA    Postal Inspectors Preserving the Trust    Inspector General Promoting Integrity

U.S. POSTAGE
PAID
EUREKA, CA 95501
FEB 09, 08
AMOUNT
$9.40
00037780-11

SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3. Also complete
item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
or on the front if space permits.

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee
B. Received by ( Printed Name )   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

1. Article Addressed to:

SHANNON M. GROTH, Manager
ALL IN LLC
687 Richmond Close
Tarpon Springs, FL 34688

3. Service Type
☒ Certified Mail     ☐ Express Mail
☐ Registered         ☐ Return Receipt for Merchandise
☐ Insured Mail       ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)        ☐ Yes

2. Article Number
   (Transfer from service label)
7007 0710 0000 1758 9088

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

UNCLAIMED

SHANNON M. GROTH, Manager
ALL IN LLC
687 Richmond Close
Tarpon Springs, FL 34688

◄ Complete address information or place label here ►

**The convenient Flat Rate Envelope.**
One low price for fast delivery anywhere in the U.S., regardless of weight, destination or type of mailable material enclosed. Domestic

From: SINGLETON LAW GROUP
611 L Street, Suite A
Eureka, CA 95501

To:

**Flat Rate Envelope**
Flat Rate postage regardless of weight, destination or type of mailable material enclosed. Domestic

**Print Postage Online – Go to www.usps.com/postageonline**

PLEASE PRESS FIRMLY     PLEASE PRESS FIRMLY     PLEASE PRES

♲ Recycled
   Paper

PRIORITY
MAIL

CERTIFIED MAIL

7007 0710 0000 1758 9088

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS. FOLD AT DOTTED LINE.

addressee information
in designated area
or on label.

2. PAYMENT METHOD
Affix postage or meter strip to area
indicated in upper right hand corner.

3. ATTACH LABEL (Optional)
Remove label backing and
affix in designated location.

4. Bring your Priority Mail package to
your post office, present it to your letter carrier,
or call 1-800-222-1811 for pick up service.
Stamped mail may be deposited in a
collection box ONLY if it weighs less
than 16 ounces.