# SINGLETON LAW GROUP

Jason K. Singleton, Esq.  
jason@singletonlawgroup.com

611 "L" Street, Suite A  
Eureka, California 95501

Richard E. Grabowski, Esq.  
rgrabowski@mckinleyville.net

707-441-1177  
707-441-1533 fax

_____

## FAX COVER SHEET

ORIGINAL TO FOLLOW via US Mail    YES ☐    NO ☐

| | | |
|---|---|---|
| TO | : | Shannon M. Groth, Manager<br>All In, LLC |
| FAX NO | : | 866-754-9587 |
| RE | : | Asis Internet Services vs. All In, LLC<br>United States District Court, Northern District of California<br>Case No. CV-07-5717 |
| DATE | : | February 25, 2008 |
| PAGES | : | 75    (Including cover sheet) |
| FROM | : | **JASON K. SINGLETON & RICHARD E. GRABOWSKI**<br>**(707) 441-1177 Phone**<br>**(707) 441-1533 Fax** |
| NOTES | : | |

**CONFIDENTIALITY NOTICE:**

**This message intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure.  If the reader of this message is not the intended recipient or an employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited.  If you have received this communication in error, please notify us immediately by telephone and return the original message to us by mail. Thank you.**

TRANSMISSION VERIFICATION REPORT

```
TIME    : 02/26/2008 08:24
NAME    : SINGLETON LAW GROUP
FAX     : 17074411533
TEL     : 17074411177
SER.#   : BROE2J368024
```

```
DATE,TIME         02/26 07:56
FAX NO./NAME      18667549587
DURATION          00:27:01
PAGE(S)           75
RESULT            OK
MODE              STANDARD
                  ECM
```