**Subject:** Asis v All In
**From:** Roberta Alliston <r_alliston@sbcglobal.net>
**Date:** Wed, 27 Feb 2008 13:59:08 -0800
**To:** Shannon Groth <shannon@tailored-traffic.com>

```
--
Roberta Alliston, Legal Assistant
SINGLETON LAW GROUP
611 "L" Street, Suite A
Eureka, CA 95501
(707) 441-1177
FAX  441-1533
```
r_alliston@sbcglobal.net

CONFIDENTIALITY NOTICE:

This message intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure.  If the reader of this message is not the intended recipient or an employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited.  If you have received this communication in error, please notify us immediately by reply and delete the original message.  Thank you.

| ScannedSummons.pdf | **Content-Type:** application/pdf |
| --- | --- |
|  | **Content-Encoding:** base64 |

| Complaint.pdf | **Content-Type:** application/pdf |
| --- | --- |
|  | **Content-Encoding:** base64 |

| ExA1-Netcash.pdf | **Content-Type:** application/pdf |
| --- | --- |
|  | **Content-Encoding:** base64 |

| ExA2-MILF Link.pdf | **Content-Type:** application/pdf |
| --- | --- |
|  | **Content-Encoding:** base64 |

| ExA3-Wild Lipz.pdf | **Content-Type:** application/pdf |
| --- | --- |
|  | **Content-Encoding:** base64 |

| ExB-Power-cl1cks2.com - whois.pdf | **Content-Type:** application/pdf |
| --- | --- |
|  | **Content-Encoding:** base64 |

Asis v All In

| | |
|---|---|
| **ExC-Namecheap.com-WhoIsGuard.pdf** | **Content-Type:** application/pdf<br>**Content-Encoding:** base64 |

| | |
|---|---|
| **ExD-Namecheap.com - Registration Agreement.pdf** | **Content-Type:** application/pdf<br>**Content-Encoding:** base64 |

| | |
|---|---|
| **ExE-DomainHistory.pdf** | **Content-Type:** application/pdf<br>**Content-Encoding:** base64 |

| | |
|---|---|
| **ExF-CorpDocs.pdf** | **Content-Type:** application/pdf<br>**Content-Encoding:** base64 |

**Subject:** Asis v All In #2  
**From:** Roberta Alliston <r_alliston@sbcglobal.net>  
**Date:** Wed, 27 Feb 2008 14:03:48 -0800  
**To:** Shannon Groth <shannon@tailored-traffic.com>

```
--
Roberta Alliston, Legal Assistant
SINGLETON LAW GROUP
611 "L" Street, Suite A
Eureka, CA 95501
(707) 441-1177
FAX  441-1533
```
r_alliston@sbcglobal.net

```
CONFIDENTIALITY NOTICE:

This message intended only for the use of the individual or entity to which it is
addressed, and may contain information that is privileged, confidential and exempt from
disclosure.  If the reader of this message is not the intended recipient or an employee or
agent responsible for delivering the message to the intended recipient, you are hereby
notified that any dissemination, distribution, or copying of this communication is
strictly prohibited.  If you have received this communication in error, please notify us
immediately by reply and delete the original message.  Thank you.
```

| 3-Order Setting CMC.pdf | **Content-Type:** application/pdf <br> **Content-Encoding:** base64 |
|---|---|

| 2-OrderSetting Initial CMC.pdf | **Content-Type:** application/pdf <br> **Content-Encoding:** base64 |
|---|---|

| 2-StandingOrder JSW.pdf | **Content-Type:** application/pdf <br> **Content-Encoding:** base64 |
|---|---|

| 2-StandingOrder RE CMC.pdf | **Content-Type:** application/pdf <br> **Content-Encoding:** base64 |
|---|---|

| 7-Order Cont CMC.pdf | **Content-Type:** application/pdf <br> **Content-Encoding:** base64 |
|---|---|