FLORIDA DEPARTMENT OF STATE
Division of Corporations

March 17, 2008

SINGLETON LAW GROUP
ATTN: JASON K. SINGLETON
611 "L" STREET, SUITE:"A"
EUREKA, CA 95501

Pursuant to Chapter 48.181, Florida Statutes, a copy of the process and initial pleading, case number CV-07-5717 JSW, was accepted for ALL INC, LLC; and was filed on March 6, 2008, at 04:00 PM.

Plaintiff(s)

ASIS INTERNET SERVICES, a California corporation,

-vs-

Defendant(s)

ALL IN LLC., dba POWER-CL1CKS2.COM, and DOES ONE through FIFTY, inclusive,

THE SECRETARY OF STATE DOES NOT FORWARD DOCUMENTATION TO THE DEFENDANT.

Only questions concerning the actual filing of the summons and complaint should be directed to our office at (850) 245-6953. All other inquiries should be made to the attorneys involved.

Yvette McGee
Processor of Service
DIVISION OF CORPORATIONS

Letter No. 508A00015982

Division of Corporations - P.O. BOX 6327 -Tallahassee, Florida 32314

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

ASIS INTERNET SERVICES, a California corporation

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CV-07-5717 JSW

V.

ALL IN, LLC., dba POWER-CL1CKS2.COM, and DOES ONE through FIFTY, inclusive

TO: (Name and address of defendant)

ALL IN, LLC:
NELS M. RHEA, AGENT FOR SERVICE
SHANNON M. GROTH, MANAGER
c/o SECRETARY OF STATE
P. O. Box 6327
Tallahassee, FL 32314

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

JASON K. SINGLETON
RICHARD E. GRABOWSKI
SINGLETON LAW GROUP
611 "L" STREET, SUITE "A"
EUREKA, CA 95501
(707) 441-1177

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE FEB 2 8 2008

HILARY JACKSON

(BY) DEPUTY CLERK

Jason K. Singleton, State Bar #166170
lawgroup@sbcglobal.net
Richard E. Grabowski, State Bar #236207
rgrabowski@mckinleyville.net
SINGLETON LAW GROUP
611 "L" Street, Suite A
Eureka, CA 95501
(707) 441-1177
FAX 441-1533

Attorneys for Plaintiff, ASIS INTERNET SERVICES

ORIGINAL FILED
NOV - 9 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
E-filing

JSW

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ASIS INTERNET SERVICES, a California corporation,

    Plaintiff,

vs.

ALL IN, LLC., dba POWER-CL1CKS2.COM, and DOES ONE through FIFTY, inclusive,

    Defendants.

Case No. CV 07 5717

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF – VIOLATION OF CAN-SPAM ACT OF 2003 [15 U.S.C. § 7701, et seq.]

DEMAND FOR JURY TRIAL

Plaintiff, ASIS INTERNET SERVICES, a California corporation, and an Internet Access Provider, complains of Defendants ALL IN, LLC., dba POWER-CL1CKS2.COM, and DOES ONE through FIFTY, inclusive, and alleges violations of CAN-SPAM Act, 15 U.S.C. § 7704(a) and (b) and requests injunctive relief, statutory damages, aggravated damages, and attorney fees authorized as remedies under 15 U.S.C. § 7706(g).

## JURISDICTION AND VENUE

1.    This Court has original jurisdiction of this action pursuant to 28 U.S.C. § 1331 for violations of the CAN-SPAM Act of 2003 (15 U.S.C. §§ 7701 et seq.). This Court also has original jurisdiction under 15 U.S.C. § 7706(g)(1) for cases involving a civil action by an internet access provider adversely affected by a violation of section 15 U.S.C. § 7704(a)(1), 15 U.S.C. § 7704(b), or 15 U.S.C. § 7704(d), or a pattern or practice that violates paragraphs