1 | **Jason K. Singleton,** State Bar #166170
  | jason@singletonlawgroup.com
2 | **Richard E. Grabowski**, State Bar #236207
  | rgrabowski@mckinleyville.net
3 | **SINGLETON LAW GROUP**
  | **611 "L" Street, Suite A**
4 | **Eureka, CA 95501**
  | **(707) 441-1177**
5 | **FAX  441-1533**

**Attorneys for Plaintiff, ASIS INTERNET SERVICES**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASIS INTERNET SERVICES, a California corporation,<br><br>        Plaintiff,<br>vs.<br><br>ALL IN, LLC., dba POWER-CL1CKS2.COM, and DOES ONE through FIFTY, inclusive,<br><br>        Defendants. | Case No. CV-07-5717 JSW<br><br>**AMENDED PROOF OF SERVICE OF REQUEST TO ENTER DEFAULT** |

# PROOF OF SERVICE

I, Roberta Alliston, declare that I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is, Singleton Law Group, 611 "L" Street, Suite "A", Eureka, CA 95501.

On March 27, 2008, I served the following document:

**REQUEST TO ENTER DEFAULT and DECLARATION OF JASON K. SINGLETON IN SUPPORT OF REQUEST TO ENTER DEFAULT**

on the parties listed below as follows:

| SHANNON M. GROTH / NELS M. RHEA<br>ALL IN, LLC<br>687 Richmond Close<br>Tarpon Springs, FL 34688 | NELS M. RHEA / SHANNON M. GROTH<br>ALL IN, LLC<br>1324 Seven Springs Blvd. #178<br>New Port Richey, FL 34655 |
|---|---|
| ALL IN, LLC<br>c/o Florida Secretary of State<br>P. O. Box 6327<br>Tallahassee, FL 32314 | |

☑  **By first class mail** by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid and placing the envelope in the firm's daily mail processing center for mailing in the United States mail at Eureka, California.

☑  **(Federal)**   I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 27, 2008, at Eureka, California.

    /s/ ROBERTA ALLISTON
    Roberta Alliston