**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
——————————

www.cand.uscourts.gov

Richard W. Wieking                                                    General Court Number
Clerk                                                                         415.522.2000

April 1, 2008


RE:  <u>CV 07-05717 JSW</u>          <u>ASIS INTERNET SERVICES-v- ALL IN LLC</u>


Default is entered as to All In, LLC. on April 1, 2008.




                              RICHARD W. WIEKING, Clerk



                              by<u>Hilary D. Jackson</u>
                              Case Systems Administrator




NDC TR-4  Rev. 3/89