**Jason K. Singleton**, State Bar #166170
jason@singletonlawgroup.com
**Richard E. Grabowski**, State Bar #236207
rgrabowski@mckinleyville.net
**SINGLETON LAW GROUP**
**611 "L" Street, Suite A**
**Eureka, CA 95501**
**(707) 441-1177**
**FAX  441-1533**

**Attorneys for Plaintiff, ASIS INTERNET SERVICES**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASIS INTERNET SERVICES, a California corporation,<br><br>         Plaintiff,<br>vs.<br><br>ALL IN, LLC., dba POWER-CL1CKS2.COM, and DOES ONE through FIFTY, inclusive,<br><br>         Defendants. | Case No. CV-07-5717 JSW<br><br>**PLAINTIFF'S STATUS REPORT** |

   Plaintiff has served Defendant in every manner available including service upon the Florida Secretary of State on behalf of the entity ALL IN, LLC on March 6, 2008.

   Plaintiff submitted a Request for Default which was granted by the Clerk of the Court on April 1, 2008.

   Plaintiff is preparing an Application for Default Judgment to be submitted to the Court within a few days.

                              **SINGLETON LAW GROUP**


Dated:        April 2, 2008         /s/ Jason K. Singleton
                                    Jason K. Singleton
                                    Richard E. Grabowski, Attorneys for Plaintiff,
                                    **ASIS INTERNET SERVICES**