**Jason K. Singleton**, State Bar #166170
jason@singletonlawgroup.com
**Richard E. Grabowski**, State Bar #236207
rgrabowski@mckinleyville.net
**SINGLETON LAW GROUP**
611 "L" Street, Suite A
Eureka, CA 95501
(707) 441-1177
FAX 441-1533

Attorneys for Plaintiff, ASIS INTERNET SERVICES

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASIS INTERNET SERVICES, a California corporation,<br><br>       Plaintiff,<br>vs.<br>ALL IN, LLC., dba POWER-CL1CKS2.COM, and DOES ONE through FIFTY, inclusive,<br><br>       Defendants. | Case No. CV-07-5717 JSW<br><br>**NOTICE OF ENTRY OF DEFAULT** |

   PLEASE TAKE NOTICE that on April 1, 2008, Default was entered as to All In, LLC, by the Clerk of the Court of the United States District Court, Northern District of California, a copy of which is attached hereto as Exhibit "A".

                                                                  **SINGLETON LAW GROUP**

Dated:     April 2, 2008                                /s/ Jason K. Singleton
                                                                  Jason K. Singleton,
                                                                  Richard E. Grabowski, Attorneys for Plaintiff,
                                                                  **ASIS INTERNET SERVICES**

UNITED STATES DISTRICT COURT
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking                                                                                            General Court Number
Clerk                                                                                                                         415.522.2000

April 1, 2008

RE:  CV 07-05717 JSW            ASIS INTERNET SERVICES-v- ALL IN LLC

Default is entered as to All In, LLC. on April 1, 2008.

                                                                RICHARD W. WIEKING, Clerk

                                                                by Hilary D. Jackson
                                                                Case Systems Administrator

NDC TR-4  Rev. 3/89

**PROOF OF SERVICE**

I, Roberta Alliston , declare that I am a resident of the State of California, over the age of eighteen years, and not a party to the within action.  My business address is, Singleton Law Group, 611 "L" Street, Suite "A", Eureka, CA 95501.

On April 2, 2008, I served the following document:

**NOTICE OF ENTRY OF DEFAULT**

on the parties listed below as follows:

| | |
|---|---|
| SHANNON M. GROTH / NELS M. RHEA<br>ALL IN, LLC<br>687 Richmond Close<br>Tarpon Springs, FL 34688 | NELS M. RHEA / SHANNON M. GROTH<br>ALL IN, LLC<br>1324 Seven Springs Blvd. #178<br>New Port Richey, FL 34655 |
| ALL IN, LLC<br>c/o Florida Secretary of State<br>P. O. Box 6327<br>Tallahassee, FL 32314 | |

☑ **By first class mail** by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid and placing the envelope in the firm's daily mail processing center for mailing in the United States mail at Eureka, California.

☑ **(Federal)**   I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 2, 2008, at Eureka, California.

      /s/ ROBERTA ALLISTON  
      Roberta Alliston