**Jason K. Singleton**, State Bar #166170
jason@singletonlawgroup.com
**Richard E. Grabowski**, State Bar #236207
rgrabowski@mckinleyville.net
**SINGLETON LAW GROUP**
**611 "L" Street, Suite A**
**Eureka, CA 95501**
**(707) 441-1177**
**FAX  441-1533**

**Attorneys for Plaintiff, ASIS INTERNET SERVICES**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASIS INTERNET SERVICES, a California corporation,<br><br>　　　Plaintiff,<br>vs.<br><br>ALL IN, LLC., dba POWER-CL1CKS2.COM, and DOES ONE through FIFTY, inclusive,<br><br>　　　Defendants. | Case No. CV-07-5717 JSW<br><br>(proposed) **DEFAULT JUDGMENT AND PERMANENT INJUNCTION** |

In this action, the Defendant ALL IN, LLC, having been sued herein for violations of the **CAN SPAM Act, 15 *USC* 7706**, and ***California Business and Professions Code*** §17529, and having been served with the Summons and Complaint, and having failed to appear and answer the Complaint within the time allowed by law, and upon application of Plaintiff Default of said Defendant having been entered on April 1, 2008, and, the Court, having reviewed the Declaration of Jason K. Singleton in support of Default Judgment as well as the file herein, hereby enters Judgment as follows:

1. Judgment is entered in favor of Plaintiff ASIS INTERNET SERVICES, a California corporation, and against Defendant ALL IN, LLC, a Florida Limited Liability Company, in the sum of TWO HUNDRED NINETY FOUR THOUSAND THREE HUNDRED DOLLARS ($294,300.00), principle, with interest thereon to accrue from the date of entry of an Abstract of Judgment, and shall bear the rate of

interest provided under 28 **U.S.C.** §1963.  Plaintiff is also awarded attorney fees and costs in the amount of NINE THOUSAND TWO HUNDRED THIRTY EIGHT AND 95/100 DOLLARS ($9,238.95).

2. The Court has specifically reviewed and considered the factual basis for imposition of an injunction set forth in the "Application and Declaration for Entry of Default Judgment" filed by Plaintiff, and considered same in light of **FRCP** Rule 65. The **CAN SPAM Act** itself provides for injunctive relief. 15 **U.S.C.**7706 (g)(1)(a). The Court therefore orders the following injunction:

   a)   Defendant ALL IN, LLC, a Florida Limited Liability Company, Defendant's officers, directors, managing agent, (as that term is used by the Florida statutes pertaining to Florida LLC's), are permanently enjoined and precluded from sending bulk commercial emails to any current or former internet access client of ASIS Internet Services.  This injunction allows Defendant to send emails to ASIS INTERNET SERVICES' clients, where Defendant has obtained a "double opt-in" consent from Plaintiff's clients.  (Double opt-in, is a process whereby a consumer enters their email address to receive marketing information, then an email is sent to the consumer which includes an activation link that the consumer must click on if commercial emails are to be sent to that email address.)

**IT IS SO ORDERED.**

Dated: _____   _____
JEFFREY S. WHITE,
UNITED STATES DISTRICT JUDGE