**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ASIS INTERNET SERVICES,

    Plaintiff,

v.

ALL IN, LLC,

    Defendant.
_____/

No. C 07-05717 JSW

**ORDER REFERRING MOTION FOR DEFAULT JUDGMENT TO MAGISTRATE JUDGE FOR REPORT AND RECOMMENDATION**

On April 2, 2008, Plaintiff filed a motion for default judgment against All In, LLC. Pursuant to Northern District Civil Local Rule 72-1, the Court HEREBY REFERS the motion to a randomly assigned Magistrate Judge to prepare a report and recommendation on the motion.

**IT IS SO ORDERED.**

Dated: April 3, 2008

                                      JEFFREY S. WHITE
                                      UNITED STATES DISTRICT JUDGE

cc: Wings Hom