IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ASIS INTERNET SERVICES,

    Plaintiff,

v.

ALL IN, LLC,

    Defendant.

No. C 07-05717 JSW

**ORDER ADOPTING REPORT AND RECOMMENDATION AND GRANTING MOTION FOR DEFAULT JUDGMENT**

The Court has reviewed Magistrate Judge Maria-Elena James' Report and Recommendation regarding Plaintiff's Motion for Default Judgment. There have been no objections filed. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly, default judgment is GRANTED against All In, LLC, consisting of (1) $98,100 for statutory violations pursuant to 15 U.S.C. § 7704(a)(1) of the CAN-SPAM Act, trebled for violations of 15 U.S.C. § 7704(b) of the CAN-SPAM Act for a total of $294,300, with interest thereon to accrue from the date of entry of judgment bearing the rate of interest provided under 28 U.S.C. § 1963 and (2) $12,154.36 in attorneys' fees and costs.

In addition, it is hereby ordered that Plaintiff's motion for an injunction is GRANTED. Defendant All In, a Florida limited liability company, Defendant's agents, employees, successors, and all persons acting in concert with them who receive notice of this Order, are permanently enjoined from current and future violations of the CAN-SPAM Act of 2003, 15 U.S.C. § 7704 *et seq*.

A separate judgment shall issue, and the Clerk is directed to close the file.

**IT IS SO ORDERED.**

Dated: October 15, 2008

                                       JEFFREY S. WHITE
                                       UNITED STATES DISTRICT JUDGE