IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ASIS INTERNET SERVICES,

    Plaintiff,

  v.

ALL IN, LLC,

    Defendant.
_____/

No. C 07-05717 JSW

**JUDGMENT**

Pursuant to this Court's Order adopting Magistrate Judge James' Report and Recommendation re: Plaintiff's motion for default judgment, judgment is HEREBY ENTERED in favor of Plaintiff Asis Internet Services and against Defendant As In, LLC in the amount of $294,000 principle, with interest thereon to accrue from the date of entry of this judgment, and shall bear the rate of interest provided under 28 U.S.C. § 1963.  Plaintiff is also awarded $12,154.36 in attorneys' fees and costs.

In addition, Defendant All In, a Florida limited liability company, Defendant's agents, employees, successors, and all persons acting in concert with them who receive notice of this Order, are permanently enjoined from current and future violations of the CAN-SPAM Act of 2003, 15 U.S.C. § 7704 *et seq*.

**IT IS SO ORDERED.**

Dated: October 15, 2008

                                        JEFFREY S. WHITE
                                        UNITED STATES DISTRICT JUDGE