United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASIS INTERNET SERVICES,<br><br>   Plaintiff(s),<br><br> vs.<br><br>ALL IN, LLC,<br><br>   Defendant(s).<br>_____/ | No. C 07-5717 JSW (MEJ)<br><br>**NOTICE OF REFERENCE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

  The above-captioned case was referred to Magistrate Judge Maria-Elena James to prepare a report and recommendation on Plaintiff's pending Motion for Assignment Order and Motion to Add Alter Ego Shannon M. Groth as Judgment Debtor.  (Dkt. ##23, 24.)  Accordingly, the Court shall conduct a hearing on March 12, 2009 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.  Pursuant to Civil Local Rule 7, Defendant shall file any opposition to Plaintiff's motions by February 19, 2009, and Plaintiff shall file any reply by February 26.

  When filing papers that require the Court to take any action (e.g. motions, meet and confer letters, administrative requests), the parties shall, in addition to filing papers electronically, lodge with chambers a printed copy of the papers by noon of the next court day following the day the

papers are filed electronically.  These printed copies shall be marked "Chambers Copy" and shall be submitted to the Clerk's Office, in an envelope clearly marked with "Magistrate Judge James," the case number and "E-Filing Chambers Copy."  Parties shall not file a paper copy of any document with the Clerk's Office that has already been filed electronically.

**Plaintiff shall serve this order upon Defendant by February 5, 2009.**  Please contact the Courtroom Deputy Clerk, Brenda Tolbert, at (415) 522-4708 with any questions.

**IT IS SO ORDERED.**

Dated: January 27, 2009

MARIA-ELENA JAMES
United States Magistrate Judge

2