**Jason K. Singleton**, State Bar #166170
jason@singletonlawgroup.com
**Richard E. Grabowski**, State Bar #236207
rgrabowski@mckinleyville.net
**SINGLETON LAW GROUP**
**611 "L" Street, Suite A**
**Eureka, CA 95501**
**(707) 441-1177**
**FAX  441-1533**

Attorneys for Plaintiff, ASIS INTERNET SERVICES

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASIS INTERNET SERVICES, a California corporation,<br><br>　　　　Plaintiff,<br>vs.<br><br>ALL IN, LLC., dba POWER-CL1CKS2.COM, and DOES ONE through FIFTY, inclusive,<br><br>　　　　Defendants. | Case No. CV-07-5717 JSW (MJE)<br><br>**PLAINTIFF'S STATUS REPORT**<br><br>ORDER CONTINUING HEARING RE: MOTION FOR ASSIGNMENT ORDER |

　　　　Comes now Plaintiff, ASIS INTERNET SERVICES, and makes the following status report to the Court.

　　　　Plaintiff sent the Court's order of January 27, 2009 (Docket 27) to Florida for service upon the Agent for Service of Defendant ALL IN, LLC on February 4, 2007, and to their principal place of business, based on the information provided in the Florida Secretary of State 2007 Limited Liability Company Annual Report, a copy of which is attached hereto as Exhibit "A." Proof of Service by overnight mail is attached hereto as Exhibit "B."

　　　　Plaintiff also sent the Court's order of January 27, 2009, to a registered process service in Florida for personal service upon Shannon Groth on January 27, 2009. Service was requested at her home based on the information provided in the Florida Secretary of State 2008 Limited Liability Company Annual Report for Tailored-Traffic, LLC, for which Shannon

1  Groth is the Registered Agent for service. A copy of the Tailored-Traffic, LLC is attached
2  hereto as Exhibit "C." The service address was also based on a Pinellas County, FL
3  Residential Property Report, indicating Shannon Groth as the owner of the home at 687
4  Richmond Close, Tarpon Springs, FL, attached hereto as Exhibit "D."

5  Plaintiff has hired a private investigator to track Shannon Groth down and effect service.
6  To date, the Florida service has been unable to serve Shannon Groth at her home, and their
7  statement of due diligence is attached hereto as Exhibit "E."

8  Plaintiff respectfully requests the Court to grant Plaintiff an additional thirty (30) days to
9  consummate service and continue the hearing currently scheduled for March 12, 2009, for a
10 period of sixty (60) days to May 11, 2009, to allow Defendant adequate time to respond.

Respectfully submitted,

**SINGLETON LAW GROUP**

Dated: February 5, 2009    /s/ Richard E. Grabowski
Jason K. Singleton
Richard E. Grabowski
Attorneys for Plaintiff, **ASIS INTERNET SERVICES**

### ORDER

After review and consideration of Plaintiff's Status Report, the Court grants Plaintiff an additional thirty (30) days to consummate service of process on Defendant. Plaintiff shall file any proofs of service by March 9, 2008. The hearing on Plaintiff's pending Motion for Assignment Order and Motion to Add Alter Ego Shannon M. Groth as Judgment Debtor (Dkt. ##23, 24.) is continued to May ~~11~~ 21, 2009, at 10:00 a.m., in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

IT IS SO ORDERED.

Dated: February 5, 2009

_____
MARIA-ELENA JAMES
UNITED STATES MAGISTRATE JUDGE