**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASIS INTERNET SERVICES,<br><br>        Plaintiff(s),<br><br>  vs.<br><br>ALL IN, LLC,<br><br>        Defendant(s).<br>_____ / | No. C 07-5717 JSW (MEJ)<br><br>**ORDER RE PLAINTIFF'S STATUS REPORT** |

      This matter is currently on calendar for a May 21, 2009 hearing regarding Plaintiff's Motion for Assignment Order and Motion to Add Alter Ego Shannon M. Groth as Judgment Debtor. (Dkt. ##23, 24.) The Court is now in receipt of Plaintiff's Status Report, filed March 9, 2009, regarding its attempts to effect service on Shannon Groth. (Dkt. #32.) Although unable to file proof that service has occurred, Plaintiff requests that the Court deem actual notice has been provided. In support of this request, Plaintiff provides a block quote regarding implied actual notice from a 1980 Florida Bankruptcy Court decision. *In re Chateau Royale, Ltd.*, 6 B.R. 8, 12 (Bankr. Fla. 1980). While the bankruptcy case is not binding in this district, the Court appreciates Plaintiff's service efforts described in its March 9 report. Accordingly, the Court hereby ORDERS as follows:

1)     Plaintiff shall continue to attempt to effect proper legal service on Shannon Groth, and thereafter file proof of service by April 23, 2009.

2) If Plaintiff is unable to effect proper legal service, it shall provide further briefing regarding implied actual notice and whether such notice is proper in this district. Plaintiff shall file its further briefing by April 23, 2009.

3) The hearing on Plaintiff's Motion for Assignment Order and Motion to Add Alter Ego Shannon M. Groth as Judgment Debtor shall remain on May 21, 2009.

**IT IS SO ORDERED.**

Dated: March 12, 2009

MARIA-ELENA JAMES
United States Magistrate Judge

2