IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASIS INTERNET SERVICES,<br><br>    Plaintiff(s),<br><br>  vs.<br><br>ALL IN, LLC,<br><br>    Defendant(s).<br>_____ / | No. C 07-5717 JSW (MEJ)<br><br>**SECOND ORDER FOR PLAINTIFF'S COUNSEL TO PROVIDE CONTACT INFORMATION** |

This matter is currently scheduled for a hearing on May 21, 2009 regarding Plaintiff's pending Motion for Assignment Order and Motion to Add Alter Ego Shannon M. Groth as Judgment Debtor. (Dkt. ##23, 24.) On January 27, 2009, the Court granted Plaintiff's counsel's request to appear by telephone and ordered that counsel provide a local or toll-free number by March 5, 2009 at which he can be reached at the time of the hearing. As counsel has not provided the contact information, the Court hereby ORDERS Plaintiff's counsel to provide the local or toll-free number by May 1, 2009.

**IT IS SO ORDERED.**

Dated: April 29, 2009

                                              MARIA-ELENA JAMES
                                              United States Magistrate Judge