IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ASIS INTERNET SERVICES,

    Plaintiff,

v.

ALL IN, LLC,

    Defendant.

_____/

No. C 07-05717 JSW

**ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING MOTION FOR ASSIGNMENT ORDER AND MOTION TO ADD ALTER EGO**

    The Court has reviewed Magistrate Judge Maria-Elena James' Report and Recommendation regarding Plaintiff's motion for assignment order and motion to add alter ego Shannon M. Groth as judgment debtor for the administratively dissolved All In, LLC ("the Report"). There have been no objections filed. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly, the motion for assignment order and motion to add alter ego are DENIED without prejudice.

    **IT IS SO ORDERED.**

Dated: May 22, 2009

                                                                                                    JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE